ECF

ORIGINAL

RECEIVED
AUG 2 2 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

Cover Sheet

*********************************
BMAR & Associates, Inc.
Plaintiff

v. No. 03-1983C

THE UNITED STATES,
Defendant
*********************************

---

---

Name of the attorney of record: Joan K. Fiorino, Esq.

Firm Name: Law Offices of Dulske & Fiorino, P.C.

Street Address: 613 N. W. Loop 410, Suite 550

City, State, Zip: San Antonio, Texas 78216-5584

Telephone and Facsimile Numbers: (210) 524-3821; (210) 340-1648

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO,** please call (202) 219-0630 for admission papers and instructions.

Nature of Suit Code: 114

Agency Identification Code: NAV

Amount Claimed: None.

Vaccination Date: N/A
(vaccine cases only):

If this is case directly related to any pending or previous case, you are requested to file a separate notice of directly related case(s). See RCFC 40.2.