**rstewart**

| | |
|---|---|
| From: | Arellano, Hector A (EFDSW) [ArellanoHA@efdsw.navfac.navy.mil] |
| Sent: | Thursday, October 25, 2001 5:26 PM |
| To: | 'dgee@bmarchinalake.com' |
| Cc: | David Benge (E-mail); Marty Sargent (E-mail); Roger Stewart (E-mail); Espiritu, Carlo V (EFDSW); 'John Ayers (NAWS)' |
| Subject: | RE: Delivery order No. 0162 Annex 4 Signed copy |

No problem. We agree with your position. John will be talking with you shortly.

r/

LCDR Hector A. Arellano Jr., P.E.
DROICC, NAWS China Lake

Bldg. 978, Code 832000D
Naval Air Weapons Station
China Lake, CA 93555

Voice: (760) 939-4436
DSN: 437-4436
Cell Phone: (760) 275-8290
FAX: (760) 939-6535
Email: arellanoha@efdsw.navfac.navy.mil

> -----Original Message-----
> From: David Gee [SMTP:dgee@bmarchinalake.com]
> Sent: Thursday, October 25, 2001 3:01 PM
> To: LCDR Hector Arellano (E-mail)
> Cc: David Benge (E-mail); Marty Sargent (E-mail); Roger Stewart (E-mail)
> Subject: Delivery order No. 0162 Annex 4 Signed copy
>
> LCDR Arellano, I apologize but I sent you the unsigned copy of our letter
> regarding
> Delivery Order No. 0162 Annex 4. Attached is the signed copy.
>
>
> << File: Annex 4 Trees DO 162.pdf >> << File: P00009.pdf >>

ATTACHMENT "C"