IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BMAR & ASSOCIATES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1983C |
| v. | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Elizabeth G. Candler as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ELIZABETH G. CANDLER
TRIAL ATTORNEY
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor,
1100 L Street, N.W.

Dated: September 26, 2003

s/ ELIZABETH G. CANDLER
ELIZABETH G. CANDLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 305-7562
Fax: (202) 305-7643

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 26th day of September, 2003, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "NOTICE OF APPEARANCE", addressed as follows:

Joan K. Fiorino, Esq.
LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Spectrum Building
613 NW Loop 410, Suite 550
San Antonio, TX 78216

s/ ELIZABETH G. CANDLER