IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BMAR & ASSOCIATES, INC., Plaintiff, | ) | No. 03-1983C (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including November 20, 2003, within which to file our response to plaintiff's complaint. Our response is currently due on or before October 21, 2003. This is our first request for an enlargement of time for this purpose. Government counsel contacted counsel for the plaintiff who indicated that this motion will not be opposed.

Government counsel requires additional time because of her numerous other commitments. In addition to our response in this case, Government counsel was required to prepare and file respondent's brief in Ollie M. Darby v. Department of Energy, Fed. Cir. No. 01-3169, by September 3, 2003; review documents for privilege in preparation for production in General Electric Company v. United States, Fed. Cl. No. 99-172C; assist with the

preparation and filing of defendant's response to plaintiff's motion for partial summary judgment and defendant's cross-motion for partial summary judgment also in the General Electric case, by September 29, 2003; prepare and file defendant's reply brief in support of our motion to dismiss in Vincent R. Terio v. United States, Fed. Cl. No. 02-718C, by October 3, 2003; prepare for and present oral argument in Garrett V. Hayre v. Anthony J. Principi, Secretary of Veterans Affairs, Fed. Cir. No. 01-7086, on October 9, 2003; and prepare to amend our complaint in United States v. Washington International Insurance Co. v. Ducson Company, Inc., CIT No. 99-09-00571.

Government counsel additionally must respond to appellant's motion for leave to file out of time its complaint in Appeal of Webb Builders Hardware, Inc. d/b/a WHB Industries International, DOTBCA No. 4163, by October 30, 2003. Government counsel also must be on-call to respond to a request for a temporary restraining order in connection with a bid protest should one be filed during the time period from November 3, 2003 through November 14, 2003.

For these reasons, we respectfully request this Court to grant our unopposed motion for an enlargement of time of 30 days, to and including November 20, 2003, in which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ ELIZABETH G. CANDLER
ELIZABETH G. CANDLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
(202) 305-7562
Fax: (202) 305-7643

October 17, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of October, 2003, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT" addressed as follows:

Joan K. Fiorino, Esq.
LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Spectrum Building
613 NW Loop 410, Suite 550
San Antonio, TX 78216

s/ ELIZABETH G. CANDLER