# In the United States Court of Federal Claims

No. 03-1983 C

(Filed October 22, 2003)

* * * * * * * * * * * * * * * * * * * * * *
BMAR & ASSOCIATES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 22, 2003, the court filed a Notice of Designation within which the subject matter was designated as an *electronic* case in the court's case management/electronic case filing (CM/ECF) system. The notice stated that *all* documents in this case are to be filed *electronically* and counsel must immediately obtain a CM/ECF account in order to receive service of electronically filed documents.

Additionally, the notice informed the parties that the Clerk's office will effect service of electronically filed documents in paper form for thirty-days (September 22, 2003 in the subject matter) from the date the case was opened, if counsel have not yet obtained an account. All orders and documents not serviced electronically after that date (September 22, 2003) will be the responsibility of counsel to obtain through use of a PACER account. It appears that, to date, Joan Kelly Fowler Fiorino, Esq., plaintiff's counsel, has not obtained a CM/ECF account.

Accordingly, it is hereby **ORDERED** that plaintiff's counsel is

**DIRECTED** to **COMPLY** with the provisions for obtaining a CM/ECF account set forth in the Notice of Designation, filed August 22, 2003, by or before **November 7, 2003**.

s/Lynn J. Bush
LYNN J. BUSH
Judge