IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BMAR & ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | No. 03-1983C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests an enlargement of time of 46 days, to and including January 5, 2004, within which to file our response to plaintiff's complaint. Our response currently is due on or before November 20, 2003. This is our second request for an enlargement of time for this purpose, this Court having previously granted an enlargement of 30 days. Counsel for the plaintiff, John C. Dulske, has indicated that this motion will not be opposed.

An enlargement of time is necessary for the following reasons. The parties are engaged in settlement negotiations; thus it is possible that an answer need never be filed. In the near future, the parties plan to discuss resolution of this case with counsel for the agency and the contracting officer.

Government counsel also requires additional time because of her numerous other commitments. In addition to our response in this case, Government counsel was required to prepare and present oral argument in Phillip Davis v. Anthony J. Principi, Secretary of Veterans Affairs, Fed. Cir. No. 03-7044, on November 3, 2003; research issues related to our reply in support of our cross-motion for partial summary judgment due on November 17, 2003 in General Electric Company v. United States, Fed. Cl. No. 99-172C; and begin preparation of a memorandum to the Solicitor General of the United States relating to the possibility of filing a petition for rehearing of Hanson P. Agwiak, et al. v. United States, Fed. Cir. No. 02-5184.

For these reasons, we respectfully request this Court to grant our unopposed motion for an enlargement of time of 46 days, to and including January 5, 2004, in which to respond to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ HAROLD D. LESTER, JR.
for FRANKLIN E. WHITE, JR.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ELIZABETH G. CANDLER
ELIZABETH G. CANDLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
(202) 305-7562
Fax: (202) 305-7643

November 19, 2003

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 19th day of November, 2003, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT" addressed as follows:

Joan K. Fiorino, Esq.
John C. Dulske, Esq.
LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Spectrum Building
613 NW Loop 410, Suite 550
San Antonio, TX 78216

s/ ELIZABETH G. CANDLER