ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 2 0 2003
U.S. COURT OF FEDERAL CLAIMS

By Leave of the Judge

**********************************

BMAR & ASSOCIATES
Plaintiff,

v. No. 03-1983C
Judge Bush

THE UNITED STATES,
Defendant.

**********************************

**ADVISORY TO THE COURT**
**AND NOTICE OF CHANGE OF ADDRESS**

The Law Offices of Dulske & Fiorino, P.C., counsel for Plaintiff, BMAR & ASSOCIATES, submits this Advisory to the Court that The Law Offices of Dulske & Fiorino, P.C. (the "Firm") has an established PACER Login No. df0584. Further, the Firm has encountered complications with internet service arising from the relocation of the Firm effective October 31, 2003. The internet provider for The Law Offices of Dulske & Fiorino, P.C. has advised the Firm that the DSL line for the internet service will be installed on Thursday, November 20, 2003. Therefore, it is our estimation that we will be able to function electronically in accordance with the Court's Orders and the Rules of the Court of Federal Claims (RCFC) on or about Wednesday, November 26, 2003.

As noted, The Law Offices of Dulske & Fiorino, P.C., has a new office address. The firm hereby advises the Court that the new address for the Firm as of October 31, 2003 is as follows:

The Law Offices of Dulske & Fiorino, P.C.
The Northpoint Atrium Building
10500 Heritage Boulevard, Suite 107
San Antonio, TX 78216

The Firm's telephone number, facsimile number, and e-mail address remain the same.

Dated this the 14th day of November, 2003.

Respectfully submitted:

By: [signature]
JOAN K. FIORINO, ESQ.
State Bar No. 07038500

THE LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jfiorino@dulske-fiorino.com

Of Counsel:

JOHN C. DULSKE, ESQ.
THE LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jdulske@dulske-fiorino.com

## CERTIFICATE OF SERVICE

I hereby certify that two (2) true and correct copies of the **Advisory to the Court and Notice of Change of Address** has been sent on November 14, 2003 for hand delivery on November 17, 2003 to the following:

Elizabeth G. Candler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Via Facsimile # (202) 305-7643 and FedEx Airbill # 7917 1490 2945

Joan K. Fiorino

JOAN K. FIORINO, ESQ.

Docket No. 03-1983

**UNITED STATES COURT OF FEDERAL CLAIMS**

**MEMORANDUM**

TO: JUDGE Bush
FROM: CLERK'S OFFICE

The attached was received on ____________________
and the following defect(s) is/are noted:

1. ✓ Untimely, due to be filed by 11/7/03 [Rule 7.1]

2. ____ Proof of service: [Rule 5.1]
   ____ is missing; ____ is not signed and/or dated;
   ____ shows service on wrong attorney or of wrong item;
   ____ is not attached to each document or copy

3. ____ Not signed by the attorney of record [Rules 11 and 83.1(c)(2)]

4. ____ Does not comply with the provisions of Rule:

| | | |
|---|---|---|
| ____ | 5.2(a)(1)(A) | Re: table of contents or index to appendix is missing (or in wrong location) |
| ____ | 5.2(a)(1)(G) | Re: index to appendix is to be located in both the front of the brief and in front of the appendix |
| ____ | 5.2(b) | Re: length of briefs or memorandum |
| ____ | 5.3(c) | Re: binding |
| ____ | 5.3(d) | Re: original/copies missing |
| ____ | 5.3(g) | Re: Judge's name on all filings |
| ____ | 24(c) | Re: motion to be accompanied by a pleading |
| ____ | 7(b) | Re: brief, supporting memorandum, affidavits shall be attached to motion |
| ____ | 56(h) | Re: proposed findings and/or response to proposed findings is missing or not a separate document |
| ____ | 56.1(b) | Re: statement of facts and/or counter-statement of facts is missing or not a separate document |
| ____ | 77.1(a) | Re: improper use of the night box |
| ____ | 83.1(c)(1) | Re: one attorney for a party; attorney to be an individual not a firm |
| ____ | ________ | Re: ____________________ |

5. ____ Original affidavit(s)/declaration(s) is/are missing
6. ____ No provision in the Rules for the filing of this item
7. ✓ ECF Case

J. Paul
Deputy Clerk

To: **CLERK'S OFFICE**

**THE ATTACHED ITEM IS TO BE:**

✓ Filed by my leave, **OR**, *pls. scan.

***PURSUANT TO THE ACCOMPANYING ORDER:***
(Note - This is a separately written order)

____ Filed by leave of the judge and party is being notified for correction of defect(s) as to future filings.

____ Returned to party for correction of defects, with the document to be filed by leave of the judge, if it is out of time, with opposing counsel's time to respond to run from the date of re-service.

____ Returned to party for correction of defect(s).

Terrie E. Quintos
Signature

11/20/03
Date