# In the United States Court of Federal Claims

No. 03-1983 C

(Filed November 25, 2003)

* * * * * * * * * * * * * * * * * * * * * *
BMAR & ASSOCIATES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On November 19, 2003, defendant filed an Unopposed Motion for an Enlargement of Time of forty-six days, to and including January 5, 2004, within which to file its response to plaintiff's complaint. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge