**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**********************************
BMAR & ASSOCIATES
Plaintiff,

v. No. 03-1983C
Judge Bush

THE UNITED STATES,
Defendant.
**********************************

**ADVISORY TO THE COURT**

The Law Offices of Dulske & Fiorino, P.C., counsel for Plaintiff, BMAR & ASSOCIATES, submits this Advisory to the Court. Specifically, Joan Kelley Fowler Fiorino, Esq. of The Law Offices of Dulske & Fiorino, P.C. (the "Firm") has completed training on the CM/ECF system. Ms. Fiorino has also completed and passed the CM/ECF Certification Test. Finally, Ms. Fiorino has submitted her CM/ECF Application for a login id and password to the Clerk of the Court. As of the date of this advisory, Ms. Fiorino is now waiting for her login id and password from the clerk of the court. Once the Clerk of the Court issues a login id and password to Ms. Fiorino, she will be in full compliance with the Court's previous orders.

In the interim, John C. Dulske, "Of-counsel" in this matter, has obtained a CM/ECF login id and password from the Clerk of the Court and is currently set to receive e-mail notification of any activity on the case.

Dated this the 25th day of November, 2003.

Respectfully submitted:

By: s/Joan Kelley Fowler Fiorino
JOAN KELLEY FOWLER FIORINO, ESQ.
State Bar No. 07038500

THE LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jfiorino@dulske-fiorino.com

Of Counsel:

JOHN C. DULSKE, ESQ.
THE LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jdulske@dulske-fiorino.com

## CERTIFICATE OF SERVICE

I hereby certify that this **Advisory to the Court** has been electronically filed with the Court and that two (2) true and correct copies have been served via U.S. Mail on November 25, 2003 to the following:

Elizabeth G. Candler
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
Room 7024
1100 L Street, N.W.
Washington, DC 20530

s/Joan Kelley Fowler Fiorino
JOAN K. FIORINO, ESQ.