**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***********************************
BMAR & ASSOCIATES
Plaintiff,

v.

No. 03-1983C
Judge Bush

THE UNITED STATES,
Defendant.
***********************************

**JOINT MOTION TO ABATE PROCEEDINGS TO ALLOW FOR INFORMAL SETTLEMENT DISCUSSIONS**

**TO THE HONORNABLE JUDGE BUSH:**

NOW COMES, both parties in the above referenced matter and files this Joint Motion to Abate Proceedings to Allow for Informal Settlement Discussions and in support of said this motion would show the Court the following:

1. Paragraph 32 of the original Complaint filed in this case provided the following:

> 32. Pursuant to Appendix H, paragraph 3 of the RCFC 41 U.S.C. § 605(d), and FAR § 52.233-1(g), which is incorporated into the CONTRACT by reference, BMAR hereby notifies the Court of its desire to pursue resolution of this dispute through an agreed upon ADR procedure.

*Complaint*, pg. 10, ¶32.

2. On December 4, 2003, the undersigned provided the Government with a list of twelve Contract Issues, Claims, and REAs which are currently unresolved between the parties on the subject Prime Contract. One of twelve items is this claim.

3. The parties have agreed to meet and attempt to resolve all the Contract Issues, Claims and REAs during the first part of February 2004. A specific date for the meeting has yet to be set; however, the parties have tentatively scheduled the meeting to take place the first week in February 2004, subject to availability of the necessary decision makers.

4. On January 6, 2004, and again on January 9, 2004, the undersigned discussed with counsel for the Defendant, Ms. Claudia Burke, the merits of this motion. Ms. Burke does not oppose this motion and seeks to join same.

5. Therefore, based upon the foregoing, the parties jointly request that the Court enter an order abating this proceeding (along with all deadlines) until March 1, 2004, so as to allow the parties an opportunity to resolve this matter without further assistance from the Court.

## II.

**WHEREFORE, PREMISES CONSIDERED,** BMAR & Associates, Inc. and the United States of America pray for the following relief:

1. That the Court grant this motion and issue an order abating this proceeding until March 1, 2004; and

2. That the Court grant any general relief that may prove to be necessary.

Dated this the 9th day of January, 2004.

Respectfully submitted:

By: /s John C. Dulske

JOHN C. DULSKE, ESQ.
State Bar No. 00783994

THE LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jdulske@dulske-fiorino.com

## CERTIFICATE OF SERVICE

I hereby certify that two (2) true and correct copies of the **Joint Motion to Abate Proceedings to Allow for Informal Settlement Discussions** has been sent on January 9, 2004 to the following:

Claudia Burke
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Via Certified Mail Return Receipt Requested No.: 7160 3901 8282 0534

/s John C. Dulske

JOHN C. DULSKE, ESQ.