# In the United States Court of Federal Claims

No. 03-1983 C

(Filed January 14, 2004)

* * * * * * * * * * * * * * * * * * * * * *
BMAR & ASSOCIATES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On January 9, 2004, the plaintiff filed on behalf of the parties a Joint Motion to Abate Proceedings to Allow for Informal Settlement Discussions. The parties request the court to stay the subject matter until March 1, 2004 while they conduct settlement discussions.

Additionally, the court notes that plaintiff's motion was signed by John C. Dulske, Esq., who is with the same law firm (Dulske and Fiorino, P.C.) as the attorney of record, Joan Kelley Fowler Fiorino, Esq. Pursuant to Rule 11 and 83.1(c)(2) of the Rules of the U.S. Court of Federal Claims (RCFC), this court recognizes only one attorney of record and all pleadings must be filed by that attorney of record. For future filings, the court advises plaintiff to comply with RCFC 11 and 83.1(c)(2).

Accordingly, it is hereby **ORDERED** that the parties motion is **GRANTED** and the subject matter shall be **STAYED** until further order of the court; and the parties are directed to file a Joint Status Report, on or before **March 1, 2004**, informing the court of the status of settlement proceedings.

s/Lynn J. Bush
LYNN J. BUSH
Judge