**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

BMAR & ASSOCIATES

Plaintiff,

v.

No. 03-1983C
Judge Bush

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Both parties respectfully submit this Joint Status Report pursuant to the Court's order Dated January 14, 2004.

On January 14, 2004, this Court granted the parties' Joint Motion to Stay Proceedings and ordered the following:

> Accordingly, it is hereby **ORDERED** that the parties' motion is **GRANTED** and the subject matter shall be **STAYED** until further order of the court; and the parties are directed to file a Joint Status Report, on or before **March 1, 2004**, informing the court of the status of settlement proceedings.

On February 25, 2004, the parties met to discuss possible resolution of this claim. During the February 25, 2004 meeting, the parties successfully resolved, in principle, the claim currently pending before this court, as well as other pending claims before the agency. The parties estimate that they need an additional forty-five (45) to come to a final resolution regarding this case.

Therefore, the parties request that this Court extend the duration of the stay currently in place for an additional forty-five (45) days in order for the parties to attempt to resolve this issue

completely. If the parties are able to resolve the issues in this case, plaintiff will file a "Motion to Dismiss With Prejudice" to dismiss this action.

For these reasons, we respectfully request that the Court continue the stay in this case until April 16, 2004, at which point, the parties will have either resolved the issues presented in this case or be prepared to continue with this litigation.

Respectfully submitted:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 307–0972

Attorneys for defendant

March 1, 2004

s/ Joan K. Fiorino

JOAN K. FIORINO, ESQ.
State Bar No. 07038500
THE LAW OFFICES OF DULSKE AND FIORINO, P.C
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jfiorino@dulske-fiorino.com

Attorneys for plaintiff

March 1, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that two (2) true and correct copies of the *Joint Status Report Pursuant to Court's Order Dated January 14, 2004 and Motion to Extend Stay of Proceedings* has been sent on March 1, 2004 to the following:

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Via Certified Mail Return Receipt Requested No.: 7160 3901 9844 8282 1692

s/ Joan K. Fiorino

JOAN K. FIORINO, ESQ.