# In the United States Court of Federal Claims

No. 03-1983 C

(Filed March 17, 2004)

* * * * * * * * * * * * * * * * * * * * * *
BMAR & ASSOCIATES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On March 1, 2004, the parties filed a Joint Status Report, pursuant to the court's order of January 14, 2004. The parties report that they have successfully resolved, in principle, the claim currently pending before this court, as well as other pending claims before the agency. Additionally, the parties report that they estimate that they will need an additional forty-five days to come to a final resolution of the subject matter. Therefore, they are seeking to have the current stay extended for an additional forty-five days, to and including April 16, 2004.

Additionally, the parties state that if they are able to resolve the subject matter, plaintiff will file a "Motion to Dismiss With Prejudice." If this is the case, the court anticipates the filing of a voluntary dismissal, pursuant to RCFC 41(a)(1), by plaintiff.

Accordingly, it is hereby **ORDERED** that:

(1) The parties' request is **GRANTED**;

(2) The subject matter shall remain **STAYED** until further order of the court; and

(3) Absent the filing of a dismissal in the subject matter, the parties are directed to **FILE** a **Joint Status Report** on or before **April 16, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge