# In the United States Court of Federal Claims

No. 03-1983 C

(Filed April 21, 2004)

* * * * * * * * * * * * * * * * * * * * * *

BMAR & ASSOCIATES, INC., *Plaintiff,*

v.

THE UNITED STATES, *Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On April 16, 2004, the parties filed a Joint Status Report, pursuant to the court's order of March 17, 2004. The parties report that they are continuously working towards settlement and estimate that they will need an additional forty-five days to come to a final resolution of the subject matter. Therefore, they are seeking to have the current stay extended for an additional forty-five days, to and including June 4, 2004. Additionally, the parties state that if they are able to resolve the subject matter, plaintiff will file a voluntary dismissal, pursuant to RCFC 41(a)(1).

Accordingly, it is hereby **ORDERED** that:

(1) The parties' request is **GRANTED**;

(2) The subject matter shall remain **STAYED** until further order of the court; and

(3) Absent the filing of a dismissal in the subject matter, the parties are directed to **FILE** a **Joint Status Report** on or before **June 4, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge