**IN THE UNITED STATES COURT OF FEDERAL CLAMS**

| | |
|---|---|
| BMAR & ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-1983C<br>Judge Bush |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 21, 2004, the parties respectfully submit this Joint Status Report to inform the Court of the following:

On April 21, 2004, this Court granted the parties' request to stay the proceedings and ordered the parties to file a status report by June 4, 2004.

As reported previously, the parties have successfully resolved, in principle, all twelve related contract issues. In resolving their disputes, the parties have agreed to bilaterally modify certain fixed priced line items to the prime contract, and the Navy has agreed to issue a final contracting officer's decision interpreting the prime contract.

It is now expected that, shortly, the Navy will issue both the bilateral modifications previously negotiated by the parties, and issue a contracting officer's decision agreed to in the February 25, 2004 meeting. The issuance of the bilateral modifications and the contracting officer's decision should resolve the dispute which is the subject of this lawsuit. The continued delay in the issuance of the modifications and the contracting officer's decision is the result of an ongoing delay in obtaining appropriations for the modifications.

Therefore, the parties are hopeful that within the next forty-five (45) days, the necessary appropriations will be in effect and all bi-lateral modifications will be executed by the parties and that plaintiff will file a voluntary dismissal pursuant to RCFC 41(a)(1).

Respectfully submitted:

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063

Attorneys for defendant

s/Joan K. Fiorino

JOAN K. FIORINO, ESQ.
State Bar No. 07038500
THE LAW OFFICES OF DULSKE AND FIORINO, P.C
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jfiorino@dulske-fiorino.com

Attorneys for plaintiff

June 4, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 4th day of June, 2004, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke