# In the United States Court of Federal Claims

No. 03-1983 C

(Filed June 9, 2004)

* * * * * * * * * * * * * * * * * * * * * *
BMAR & ASSOCIATES, INC., *
*
*Plaintiff*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On June 4, 2004, the parties filed a Joint Status Report, pursuant to the court's order of April 21, 2004. The parties report that they are continuously working towards settlement and estimate that they will need an additional forty-five days to come to a final resolution of the subject matter. Accordingly, it is hereby **ORDERED** that the subject matter shall remain **STAYED** until further order of the court; and absent the filing of a dismissal in the subject matter, the parties are directed to **FILE** a **Joint Status Report** on or before **July 26, 2004**.

s/Lynn J. Bush
LYNN J. BUSH
Judge