IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BMAR & ASSOCIATES, INC., Plaintiff | ) | No. 03-1983C (Judge Bush) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a six-day enlargement of time, to and including August 3, 2004, within which the parties are required to file a joint status report. Our joint status report is currently due on July 26, 2004. This is defendant's first request for an enlargement of time for this purpose. We have contacted plaintiff's counsel, who has informed us that plaintiff does not object to this motion.

The enlargement is requested because the undersigned has been unable to reach plaintiff's counsel to coordinate the contents and filing of this joint status report. We hope that an enlargement of time will allow us the additional time necessary to coordinate with plaintiff's counsel upon the direction of further proceedings in this case.

For this reason, we respectfully request an additional six days within which to submit the parties' joint status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 307-0972

July 26, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that a copy of the foregoing motion for enlargement of time, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke