# In the United States Court of Federal Claims

No. 03-1983 C

(Filed July 29, 2004)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * | |
| BMAR & ASSOCIATES, INC., | * |
| | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

On July 26, 2004, defendant filed an unopposed Motion for an Enlargement of Time of six days, to and including August 3, 2004, within which the parties are required to file a Joint Status Report. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge