**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

***********************************
BMAR & ASSOCIATES
Plaintiff,

v. No. 03-1983C
Judge Bush

THE UNITED STATES,
Defendant.
***********************************

**MOTION FOR ENLARGEMENT OF TIME**
**TO FILE JOINT STATUS REPORT**

**TO THE HONORABLE JUDGE BUSH:**

**NOW COMES**, Plaintiff in the above referenced matter and files this *Motion for Enlargement of Time to File Joint Status Report* and would inform the court of the following:

1. On June 9, 2004, this court granted the parties' request to extend the existing stay to July 26, 2004 and ordered the parties to prepare and file a joint status report on or before July 26, 2004.

2. On July 26, 2004, Defendant filed a *Motion for Enlargement of Time* requesting an extension in time to file the Joint Status Report previously ordered by the court. The court granted this motion and extended the time to file a joint status report until August 3, 2004.

3. Counsel for both parties have attempted, on several occasions, to contact local counsel for the Defendant, John McMunn, in order to determine the current status of the settlement and the appropriations necessary to effectuate the settlement agreement.

These telephone calls have gone unanswered even though detailed messages have been left on his voice mail. Mr. McMunn has been the primary contact for the parties to receive status information and therefore his input is necessary to complete an accurate and current status report for the court.

4. Therefore, Plaintiff moves that this court extend the deadline for filing a joint status report until August 13, 2004. By that time, the parties expect to have discussed the current status with Mr. McMunn.

5. The parties still expect to execute multiple contract modifications formalizing the parties' agreement once appropriations are obtained. Upon completion and execution of these modifications and the issuance of the contracting officer's decision, Plaintiff will file a *Motion to Dismiss With Prejudice* this action.

6. On August 3, 2004, a copy of this motion was sent to Ms. Claudia Burke, counsel for the Government, for her review and comment. She has indicated that she does not oppose this motion.

**II.**

**WHEREFORE, PREMISES CONSIDERED,** BMAR & Associates, Inc. and the United States of America pray for the following relief:

1. That the Court grant this motion and issue an order extending the deadline to file a joint status report until August 13, 2004; and

2. That the Court grant any general relief that may prove to be necessary.

Dated this the 3rd day of August, 2004.

Respectfully submitted:

By: s/Joan K. Fiorino

JOAN K. FIORINO, ESQ.
State Bar No. 07038500

THE LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Northpoint Atrium Building
10500 Heritage, Suite 107
San Antonio, TX 78216
(210) 524-3821 (Telephone)
(210) 340-1648 (Facsimile)
email: jfiorino@dulske-fiorino.com

## CERTIFICATE OF SERVICE

I hereby certify that two (2) true and correct copies of the *Motion for Enlargement of Time to File Joint Status Report* has been sent on August 3, 2004 to the following:

Claudia Burke
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
8th Floor
1100 L Street, N.W.
Washington, DC 20530
Via Certified Mail Return Receipt Requested

s/Joan K. Fiorino

JOAN K. FIORINO, ESQ.