# In the United States Court of Federal Claims

No. 03-1983 C

(Filed August 9, 2004)

* * * * * * * * * * * * * * * * * * * * * *
BMAR & ASSOCIATES, INC., *
*
*Plaintiff,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On August 3, 2004, plaintiff filed an unopposed Motion for an Enlargement of Time of ten days, to and including August 13, 2004, within which the parties are required to file a Joint Status Report. For good cause shown, it is hereby **ORDERED** that plaintiff's motion is **GRANTED**.

s/Lynn J. Bush
LYNN J. BUSH
Judge