IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BMAR & ASSOCIATES, INC., Plaintiff, | ) | No. 03-1983C |
| v. | ) | (Judge Bush) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order dated August 9, 2004, the parties respectfully submit this status report regarding settlement activities.

As previously reported, the parties have resolved, in principle, all contract issues related to this case. The United States Navy has been waiting for certain appropriations before issuing the bilateral contract modifications that will end proceedings in this case. On August 8, 2004, counsel for the Navy informed defendant's counsel that appropriations have been approved and the Navy expects to issue its modifications within the next four weeks. After the Navy issues the modifications, plaintiff expects to file a motion to dismiss in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Joan S. Fiorino

JOAN S. FIORINO
Dulske & Fiorino
The Northpoint Atrium Bldg.
10500 Heritage
Suite 107
San Antonio, TX 78216
tel:(210) 524-3821
fax:(210) 340-1648

Attorney for Plaintiff

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 307-0972

Attorneys for Defendant

August 13, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 12th day of August, 2004, I caused to be placed in the United States mail (first-class, postage prepaid) copies of a "JOINT STATUS REPORT" addressed as follows:

Joan K. Fiorino, Esq.
LAW OFFICES OF DULSKE AND FIORINO, P.C.
The Spectrum Building
613 NW Loop 410, Suite 550
San Antonio, TX 78216

s/ Claudia Burke