IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BMAR & ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1983C |
| | ) | (Judge Bush) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION
FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(B) of the rules of this Court it is hereby stipulated and agreed, by and between the undersigned counsel for plaintiff, BMAR & Associates, and for defendant, the United States, that plaintiff's action against defendant United States shall be, and hereby is, dismissed with prejudice and without costs to either party.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.

FRANKLIN E. WHITE JR.
Assistant Director

s/ Joan S. Fiorino

JOAN S. FIORINO
The Law Offices of
Dulske & Fiorino
The Northpoint Atrium
Bldg.
10500 Heritage
Suite 107
San Antonio, TX 78216
tel:(210) 524-3821
fax:(210) 340-1648

Attorney for Plaintiff

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 307–0972

Attorneys for Defendant

September 23, 2004.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ____ day of September, 2004, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke